MARK S. POSARD (SBN: 208790)
STEPHANIE A. BUTORI (SBN: 253759)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
mposard@gordonrees.com
sbutori@gordonrees.com

Attorneys for Plaintiff
THE SEA RANCH ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROIANN HATCHER, an individual, | CASE NO. 3:15-cv-00443-MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| THE SEA RANCH ASSOCIATION; and DOES 1-20, | |
| Defendants. | |

WHEREAS, Plaintiff Roiann Hatcher ("Plaintiff") filed this action on December 13, 2014, in the Superior Court for the State of California, County of Sonoma;

WHEREAS, Defendant The Sea Ranch Association ("Defendant") timely removed the case to the United States District Court, Northern District of California;

WHEREAS, this Court set an Initial Case Management Conference for May 1, 2015, at 10:30 a.m., in Courtroom 7;

WHEREAS, Plaintiff and Defendant have engaged in good faith settlement discussions;

WHEREAS, Plaintiff and Defendant have tentatively agreed to the terms of a settlement not yet reduced to a final writing;

WHEREAS, Plaintiff and Defendant expect to have an executed settlement agreement within the next 14 days;

WHEREAS, Continuing the Initial Case Management Conference will maximize judicial

1  economy and avoid unnecessary cost to the parties;

2      IT IS HEREBY STIPULATED AND AGREED that the Initial Case Management

3  Conference be continued from May 1, 2015 to June 5, 2015, at 10:30 a.m. in Courtroom 7.

4  Should the expected settlement fail for any reason, the Parties will promptly file a full and

5  complete Joint Case Management Statement by May 29, 2015.

Dated: April 29, 2015

By: /s/ Karen Tynan
Karen Tynan
Attorney for Plaintiff Roiann Hatcher

Dated: April 29, 2015

GORDON & REES LLP

By: /s/ Stephanie A. Butori
Mark S. Posard
Stephanie A. Butori
Attorneys for Defendant THE SEA RANCH ASSOCIATION

    Based on the above stipulation of the parties and good cause appearing therefore, the currently scheduled May 1, 2015 Initial Case Management Conference is continued to June 5, 2015, at 10:30 a.m. in Courtroom 7.  Should the expected settlement fail for any reason, the parties will promptly file a full and complete Joint Case Management Statement by May 29, 2015.

    IT IS SO ORDERD.

Dated: April ___30__, 2015

_/s/ Maxine M. Chesney_
Hon. Maxine M. Chesney