MARK S. POSARD (SBN: 208790)
STEPHANIE A. BUTORI (SBN: 253759)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
mposard@gordonrees.com
sbutori@gordonrees.com

Attorneys for Plaintiff
THE SEA RANCH ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROIANN HATCHER, an individual,<br><br>                      Plaintiff,<br><br>vs.<br><br>THE SEA RANCH ASSOCIATION; and DOES 1-20,<br><br>                      Defendants. | CASE NO. 3:15-cv-00443-MMC<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

WHEREAS, Plaintiff Roiann Hatcher ("Plaintiff") filed this action on December 13, 2014, in the Superior Court for the State of California, County of Sonoma;

WHEREAS, Defendant The Sea Ranch Association ("Defendant") timely removed the case to the United States District Court, Northern District of California;

WHEREAS, this Court set an Initial Case Management Conference for May 1, 2015, at 10:30 a.m., in Courtroom 7;

WHEREAS, Plaintiff and Defendant (collectively, the "Parties") requested a continuance of the Initial Case Management Conference to allow for time finalize settlement;

WHEREAS, the Parties have engaged in good faith settlement discussions;

WHEREAS, the Parties executed a written settlement agreement;

WHEREAS, the Parties expect all terms of the settlement agreement to be completed within the next ten days;

-1-
SECOND STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

WHEREAS, the Parties expect to have a stipulation for dismissal on file within the next 14 days;

WHEREAS, Continuing the Initial Case Management Conference will maximize judicial economy and avoid unnecessary cost to the parties;

IT IS HEREBY STIPULATED AND AGREED that the Initial Case Management Conference be continued from June 5, 2015 to June 26, 2015, at 10:30 a.m. in Courtroom 7.

Dated:   May 28, 2015

By: /s/ Karen Tynan
Karen Tynan
Attorney for Plaintiff Roiann Hatcher

Dated:   May 28, 2015

GORDON & REES LLP

By: /s/ Stephanie A. Butori
Mark S. Posard
Stephanie A. Butori
Attorneys for Defendant THE SEA RANCH ASSOCIATION

## ORDER

Based on the above stipulation of the parties and good cause appearing therefore, the currently scheduled June 5, 2015 Initial Case Management Conference is continued to June 26, 2015, at 10:30 a.m. in Courtroom 7.

IT IS SO ORDERD.

Dated: _____ May 29, 2015

Hon. Maxine M. Chesney

-2-
SECOND STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE