| | |
|---|---|
| 1 | MARK S. POSARD (SBN: 208790) |
| 2 | STEPHANIE A. BUTORI (SBN: 253759) <br> GORDON & REES LLP |
| 3 | 275 Battery Street, Suite 2000 <br> San Francisco, CA 94111 |
| 4 | Telephone: (415) 986-5900 <br> Facsimile: (415) 986-8054 |
| 5 | mposard@gordonrees.com <br> sbutori@gordonrees.com |
| 6 | Attorneys for Plaintiff |
| 7 | THE SEA RANCH ASSOCIATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROIANN HATCHER, an individual, | CASE NO. 3:15-cv-00443-MMC |
| Plaintiff, | **STIPULATED DISMISSAL AND [PROPOSED] ORDER** |
| vs. | (FRCP 41(a)(1)) |
| THE SEA RANCH ASSOCIATION; and DOES 1-20, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Roiann Hatcher and Defendant The Sea Ranch Association (collectively, the "Parties"), through their designated counsel, that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(1). The Parties have resolved their disputes in full including, but not limited to, injunctive relief, damages, attorneys' fees and costs.

Dated:   June 23, 2015

GORDON & REES LLP

By: _/s/ Stephanie Butori_
Mark S. Posard
Stephanie A. Butori
Attorneys for Defendant THE
SEA RANCH ASSOCIATION

-1-
STIPULATED DISMISSAL AND ORDER

1  Dated: June 23, 2015

By: /s/ Karen Tynan
Karen Tynan
Attorney for Plaintiff Roiann Hatcher

## ORDER

Pursuant to the above stipulation, and for good cause shown, this case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 23, 2015

/s/ Maxine M. Chesney
Hon. Maxine M. Chesney
United States District Court Judge